See Article 847, Vernon's Ann.C.C.P.; McCorquodale v. State, 54 Tex.Cr.R. 344, 98 S.W. 879; also Article 766, subd. 9, Vernon's Ann.C.C.P., and annotations thereunder.

As this judgment is reformed, the same will be affirmed.

BELCHER, Commissioner.

Appellant was convicted for the unlawful sale of an intoxicating beverage in a dry area, and his punishment was assessed at six months in jail and a fine of $250.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

## YOUNG v. STATE.
### No. 26656.

Court of Criminal Appeals of Texas.

Nov. 25, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

## BOWERS v. STATE.
### No. 26546.

Court of Criminal Appeals of Texas.

Nov. 4, 1953.

No attorney on appeal for appellant.

Albert L. Bartley, Jr., County Atty., Kellis W. Sampson, Asst. County Atty., Bonham, Wesley Dice, State's Atty., of Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the unlawful possession of whiskey in a dry area; punishment was assessed at one year in jail and a fine of $1,000.

There is no statement of facts on the main trial nor on the motion for a new trial which we can consider. Although not in form to be considered, we have examined the documents in the record, and we observe that no error is shown.

There are no formal bills of exception.

The judgment of the trial court is affirmed.

Opinion approved by the Court.